IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN A. FAIRWEATHER,<br>Plaintiff<br><br>v.<br><br>JILLIAN KOCHIS, ESQ., et al.,<br>Defendants | No. 3:25cv1499<br><br>(Judge Munley)<br><br>(Magistrate Judge Carlson) |

## ORDER

Before the court is a Report and Recommendation ("R&R") from Magistrate Judge Martin C. Carlson, which recommends dismissal of Sean A. Fairweather's amended complaint without leave to amend.[1] (Doc. 20). After a review of the amended complaint, Magistrate Judge Carlson concludes that Fairweather's constitutional claims against his former court-appointed counsel brought pursuant to 42 U.S.C. § 1983 fail as a matter of law. (Id. at 6-9). The R&R further recommends that the court decline to exercise supplemental jurisdiction over Fairweather's state law professional negligence claims. (Id. at 9-12).

---

[1] Fairweather is a state inmate confined at the State Correctional Institution ("SCI") - Dallas, Pennsylvania. (Doc. 9). Fairweather names three county assistant public defenders as defendants and asserts federal civil rights claims for damages totaling $30,000,000 pursuant to 42 U.S.C. § 1983. (Id.) According to Fairweather, these attorneys violated his rights under the Sixth and Eighth Amendments to the United States Constitution through ineffective representation in his criminal proceedings in the Lackawanna County Court of Common Pleas. (Id.)

The R&R was issued on January 14, 2026. No objections to the R&R have been filed and the time for such filing has passed. The R&R is thus ready for review.

In deciding whether to adopt an R&R when no timely objections are filed, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After reviewing plaintiff's amended complaint, the court finds neither clear error on the face of the record nor a manifest injustice in Magistrate Judge Carlson's analysis. Therefore, the court will accept the R&R and adopt it in its entirety. Fairweather's amended complaint will be dismissed, and this case will be closed.

Accordingly, it is hereby **ORDERED** that:

1) The R&R, (Doc. 20), is **ADOPTED**;

2) The amended complaint, (Doc. 9), is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

3) The Clerk of Court is directed to **CLOSE** this case.

Date: 2/4/26

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court